IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:17-CR-233** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **DAVID SERRANO-MUNOZ,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 12th day of January, 2022, upon consideration of defendant's objections to the presentence report, and the parties' respective sentencing memoranda, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The objections (Doc. 156) to paragraphs 17 and 72 of the presentence report are OVERRULED.

2. The objection (Doc. 156) to paragraph 23 is SUSTAINED.

3. The probation officer is DIRECTED to produce an updated presentence report in accordance with the accompanying memorandum by **Friday, January 14, 2022**.

4. Sentencing shall commence at **2:30 p.m. on Tuesday, January 18, 2022**, in Courtroom #2, United States Courthouse and Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania