IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:17-CR-233 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| DAVID SERRANO-MUNOZ, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 23rd day of May, 2022, upon consideration of defendant's motion (Doc. 169) to withdraw guilty plea, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 169) to withdraw guilty plea is DENIED.

2. The court will schedule this matter for sentencing by separate order.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania